JAY S. BLOOM, ESQ.
SB# 81478
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA  91367
Tele No.:  (818) 227-5030
Fax No. :  (818) 292-8928
Email:  jaysbloomlaw@yahoo.com

Attorney for Defendant David Moreno

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MACK; AND ESTATE OF RONALD MACK; SR.<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN TECHNOLOGIES, INC.; ET AL.<br><br>Defendants. | Case No.: 2:24-cv-04606-AH (JCx)<br><br>**ORDER RE DEFENDANT'S REQUEST FOR REMOTE APPEARANCE  [167]**<br><br>**DATE: September 17, 2025** |

   The Court has reviewed the Defendant David Moreno's request for remote appearance and hereby DENIED the request.   Counsel shall appear in person on September 17, 2025 at 1:30 p.m. in Courtroom 9C.

Date: SEPTEMBER 11, 2025

*/s/ Anne Hwang*
_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE

Order re Request to Appear Remotely - 1