UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 24-4606-AH(JCx) | Date | SEPTEMBER 12, 2025 |
|---|---|---|---|

| Title | Michael Mack et al v. Golden Technologies, Inc. et al |
|---|---|

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Order [173] is vacated.

The Court will grant counsel for Defendant David Moreno to appear remote [167] on September 17, 2025 at 1:30 p.m.

Counsel are directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing. Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots" or other visual copying of a hearing, is **absolutely prohibited.**

IT IS SO ORDERED.

cc: all parties